Grace **ALBANESE**, Plaintiff-Appellant,

v.

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT,** Defendant-Appellee.

No. 17-17390

United States Court of Appeals, Ninth Circuit.

Submitted February 13, 2018 *

Filed March 1, 2018

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R. App. P. 34(a)(2).

Grace Albanese, Pro Se

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

MEMORANDUM **

Grace Albanese appeals pro se from the district court's judgment dismissing her 42 U.S.C. § 1983 action alleging constitutional claims against the Las Vegas Metropolitan Police Department. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915A. *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir. 2000). We affirm.

The district court properly dismissed Albanese's action because Albanese failed to allege facts sufficient to show that a constitutional deprivation resulted from an official policy, practice, or custom. *See Cameron v. Craig*, 713 F.3d 1012, 1023 (9th Cir. 2013) (setting forth elements of a claim under *Monell v. Department of Social Services of City of New York*, 436 U.S. 658, 98 S.Ct. 2018, 56 L.Ed.2d 611 (1978) ).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).